FENNEMORE CRAIG, P.C.
Ray K. Harris (No. 007408)
2394 E Camelback Rd
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5414
Email:  rharris@fclaw.com

Attorneys for Plaintiff
WSCG, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| WSCG, Inc., a Nevada Corporation | No. CV-13-1572-PHX-DGC |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| Shinsachi Media Inc., a foreign corporation, | |
| Defendant. | |

Pursuant to paragraph 12 of the parties' Settlement Agreement, Plaintiff WSCG Inc. notifies the Court it voluntarily dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i).  The opposing party has not served an answer or motion for summary judgment.  Each party shall bear its own costs and attorney fees incurred herein.

DATED this 1st day of November, 2013.

FENNEMORE CRAIG, P.C.


By *s/Ray K. Harris*
Ray K. Harris
Attorneys for Plaintiff
WSCG, Inc.

8553686.1/031618.0003

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2013, I electronically transmitted the attached document to the Clerk Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/EMF registrants:

Daniel P. Harris
Harris & Moure, P.L.L.C.
600 Stewart Street, Suite 1200
Seattle, WA 98101

                                                   *s/Melody Tolliver*

8553686.1/031618.0003